WHITE, Appellant, v. RHEIN et al., Respondents. (City Court of New York, General Term. November 18, 1898.) Action by Henry B. White against Myer L. Rhein and others. Blandy, Mooney & Shipman, for appellant. Guggenheimer, Untermyer & Marshall, for respondents. PER CURIAM. We think that the order appealed from should be reversed. If affirmed, it would work perhaps irreparable harm to the plaintiff. while its reversal would do no injury to the defendant, in view of the fact that plaintiff has filed a sufficient undertaking to pay costs, which was filed at the time of the making of the motions upon which the order ap-

pealed from is based. It follows that the judgment entered upon said order must be reversed. Order appealed from and judgment reversed. No costs. All concur.